345-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SK SHIPPING (SINGAPORE) PTE LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SK SHIPPING (SINGAPORE) PTE LTD.,                        08  CV           (    )

                           Plaintiff,                                **RULE 7.1 STATEMENT**
      -against -

PROJECTOR SA, PROJECTOR ASIA PTE LTD.
and PROJECTOR SERVICES LIMITED.,

                           Defendant.
-----------------------------------------------------------------x

       The Plaintiff, SK SHIPPING (SINGAPORE) PTE LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
        June 24, 2008                       FREEHILL HOGAN & MAHAR, LLP
                                            Attorneys for Plaintiff
                                            SK SHIPPING (SINGAPORE) PTE LTD.

                                 By:     _____
                                            Michael E. Unger (MU 0045)
                                            80 Pine Street
                                            New York, NY 10005
                                            Telephone: (212) 425-1900
                                            Fax: (212) 425-1901

NYDOCS1/307336.1